# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

        V.        CASE NUMBER: **02-C-146**

TARGET CORPORATION,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that pursuant to the parties Consent Decree judgment is entered in favor of the plaintiff Equal Employment Opportunity Commission and against Target Corporation in the amount of $510,000.00.**

**This action is hereby DISMISSED.**

    **December 10, 2007**            **JON W. SANFILIPPO**
Date                                  Clerk

                                          s/ Linda M. Zik
                                          (By) Deputy Clerk